IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PAUL NELSON HANSEN, :
　:
　　Petitioner, :
　:
v. : No.: 4:16-CV-2223
　:
MICHAEL CLARK, : (Judge Brann)
　:
　　Respondent. :

# ORDER

**AND NOW**, this 23rd day of August 2017, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Respondent's motion to dismiss (Doc. 13) is **DENIED**.

2. Within twenty-one (21) days of the date of this Order, Respondent shall answer the allegations in the request for habeas corpus relief in accordance with this Court's January 6, 2017 Order.

3. Petitioner shall, if he so desires, file a reply brief within fourteen (14) days of receipt of the Respondent's filings.

4. A determination as to whether the Petitioner should be produced for a hearing will be held in abeyance pending the filing of Respondent's answer and memorandum of law and the Petitioner's reply.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge